1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  ADAM A. REEVES (NYBN 2363877)
   ROBERT DAVID REES (CABN 229441)

5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495

7      Telephone: (415) 436-7210
       FAX: (415) 436-7234

8      Email:  robert.rees@usdoj.gov

9  Attorneys for United States of America

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,            )  NO. CR 14 544 WHA
                                         )  [FILED OCTOBER 30, 2014]
15         Plaintiff,                     )
                                         )
16      v.                               )
                                         )
17  CRAIG ON,                            )
                                         )
18         Defendant.                     )
                                         )
19  _____  )

20  UNITED STATES OF AMERICA,            )  NO. CR 11 664 JSW
                                         )  [FILED SEPTEMBER 15, 2011]
21         Plaintiff,                     )
                                         )  **NOTICE OF RELATED CASE**
22      v.                               )  **IN A CRIMINAL ACTION**
                                         )
23  EBRAHIM SHABUDIN and                 )
    THOMAS YU,                           )
24                                       )
                                         )
25         Defendants.                    )
                                         )
26  _____  )

27       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

28  that the two above-captioned criminal cases are related.  The more recent charge, CR 14 544 WHA, filed

NOTICE OF RELATED CASES
U.S. v. ON, CR 14 544 WHA
U.S. v. SHABUDIN, et. al., CR 11 664 JSW

1   by Information on October 30, 2014 (*see* Attachment A) involves the same joint criminal activity as

2   charged in the Indictment in case CR 11 664 JSW, filed on September 15, 2011 and currently pending

3   before Hon. Jeffrey S. White (*see* Attachment B).  Both cases allege fraud and other offenses arising out

4   of the financial reporting of the former United Commercial Bank ("UCB") and the defendants in both

5   cases are former officers at UCB.

6        On, the defendant charged in the newer case, has been cooperating with the United States in the

7   investigation of the older case against defendants Shabudin and Yu.  It is anticipated that On will plead

8   guilty to the Information in case CR 14 544 WHA and then testify at the February 9, 2015 trial set in the

9   previous case, CR 11 664 JSW, which has been assigned to Judge White.

10        Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because

11   they involve the same occurrences.  Furthermore, the cases are related within the meaning of Local Rule

12   8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of labor

13   by the two judges.

14        Per the requirement of Local Criminal Rule 8-1(c)(4), undersigned counsel states that assignment

15   of these cases to a single judge is likely to conserve judicial resources and promote an efficient

16   determination of each action.

17

18   DATED:  November 3, 2014                          Respectfully submitted,

19                                                     MELINDA HAAG
                                                       United States Attorney
20

21                                                          /s
                                                       ROBERT DAVID REES
22                                                     Assistant United States Attorney

23

24

25

26

27

28

NOTICE OF RELATED CASES
U.S. v. ON, CR 14 544 WHA
U.S. v. SHABUDIN, et. al., CR 11 664 JSW