Nanci L. Clarence (CABN 122286)
Josh A. Cohen (CABN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1684
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant CRAIG ON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CRAIG S. ON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CR-14-0544 JSW <br><br> STIPULATION AND [PROPOSED] ORDER <br><br> Date: October 9, 2018 <br> Time: 1:00 p.m. <br> Court: Hon. Jeffrey S. White |

WHEREAS, the above-captioned case is scheduled for a status hearing on October 9, 2018 at 1:00 p.m.;

WHEREAS, the defendant, Craig On, continues to cooperate pursuant to the terms of his Plea Agreement;

WHEREAS, counsel for Mr. On and counsel for the United States respectfully request that the Court please postpone the sentencing for defendant On until his cooperation is completed;

WHEREAS, for the reasons previously set forth by the government under seal, additional time is needed to complete Mr. On's cooperation;

NOW, THEREFORE, counsel for the government and for defendant On respectfully request that the status hearing scheduled for October 9, 2018 at 1:00 p.m. be adjourned to April 16, 2019, or to such

STIPULATION AND [PROPOSED] ORDER,
*United States v. On*, Case No. CR 14-0544 JSW

| | |
|---|---|
| 1 | other date as may be convenient for the Court. |
| 2 |     SO STIPULATED. |

Dated: October 4, 2018

BRIAN J. STRETCH
Acting United States Attorney

/s/
_____
ADAM A. REEVES
ROBERT DAVID REES
Assistant United States Attorneys

Dated: October 4, 2018

/s/
_____
NANCI L. CLARENCE, ESQ.
JOSH A. COHEN, ESQ.
CLARENCE, DYER & COHEN, LLP
Counsel for Craig S. On

STIPULATION AND [PROPOSED] ORDER,
*United States v. On*, Case No. CR 14-0544 JSW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status hearing in the above-captioned case shall be adjourned from October 9, 2018 to April 16, 2019 at 1:00 p.m.

Dated: October 5, 2018

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER,
*United States v. On*, Case No. CR 14-0544 JSW

3