UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>CRAIG S. ON,<br>　　　　Defendant. | Case No. 14-cr-00544-JSW-1<br><br>**ORDER REGARDING SUBMISSION** |

The Court is in receipt of the government's submission dated October 5, 2018, but rejects the submission. The government is directed to review the materials it submitted and to ensure, when resubmitting the materials, that the materials are organized appropriately.

IT IS SO ORDERED.

Dated: October 11, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge